# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00797-CV

## In the Matter of A.M.

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
## NO. 01-303-J395, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal in this cause. However, this Court has now been notified that appellant=s motion for new trial has been granted. The effect of the grant of a motion for new trial is to set aside all proceedings and reinstate the cause on the docket as if it had not been tried. *See City of Dallas v. Ormsby*, 904 S.W.2d 707, 712-13 (Tex. App.CAmarillo 1995, writ denied); *State Dep=t of Highways and Pub. Transp. v. Ross*, 718 S.W.2d 5, 11 (Tex. App.CTyler 1986, orig. proceeding). Accordingly, there is no longer a final judgment from which an appeal may be pursued. In the absence of a final judgment, this Court lacks jurisdiction. *North E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   March 13, 2003